Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> IGNACIO BERMUDEZ, <br><br> Defendant. | CASE NO. 3:14-cv-03925-VC <br><br> PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) |

TO THE HONORABLE VINCE CHHABRIA, THE DEFENDANT, AND HIS ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order continuing the Initial Case Management Conference in this action, presently set for Tuesday, January 20, 2015 at 10:00  A.M. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that Plaintiff's counsel has recently perfected service on defendant Ignacio Bermudez.  A true and correct copy of the Proof of Service have been filed with this Honorable Court, as docket entry 14.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

1

2     **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial

3     Case Management Conference presently scheduled for Tuesday, January 20, 2015 to a new date

      approximately thirty (30) to forty-five (45) days forward.

4

5                                                      Respectfully submitted,

6

7

8

9     Dated: January 15, 2015                          */s/ Thomas P. Riley*
                                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**
10                                                      By: Thomas P. Riley
                                                        Attorneys for Plaintiff
11                                                      J & J Sports Productions, Inc.

12

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1

## ORDER ~~(Proposed)~~

2

3    It is hereby ordered that the Initial Case Management Conference in civil action number 3:14-cv-

4    03925-VC styled *J & J Sports Productions, Inc. v. Ignacio Bermudez*, is hereby continued from

5    Tuesday, January 20, 2015 at 10:00 A.M. to a new date of _March 17, 2015_____.

6        Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of

7    Service of this Order with the Clerk of the Court.

8

9

10

11   **IT IS SO ORDERED**:

12

13

14   _____          Dated:_January 16, 2015_____

15   **THE HONORABLE VINCE CHHABRIA**

16   **United States District Court**
     **Northern District of California**

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
THE INITIAL CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:14-cv-03925-VC
PAGE 3**