Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>IGNACIO BERMUDEZ, <br><br>Defendant. | Case No. 3:14-cv-03925-VC <br><br><br>ORDER ~~(Proposed)~~ |

## ORDER (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 3:14-cv-03925-VC styled *J & J Sports Productions, Inc. v. Bermudez*, is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____    Dated: March 13, 2015
**THE HONORABLE VINCE CHHABRIA**
United States District Court
Northern District of California

Page 1