Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| J & J SPORTS PRODUCTIONS, INC., | Case No. 3:14-cv-03925-VC |
|---|---|
| Plaintiff, | |
| vs. | ORDER AS MODIFIED ~~(Proposed)~~ |
| IGNACIO BERMUDEZ, | |
| Defendant. | |

**ORDER ~~(Proposed)~~**

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 3:14-cv-03925-VC styled *J & J Sports Productions, Inc. v. Bermudez,* is hereby granted permission to appear telephonically at the Motion for Default Judgment Hearing scheduled for Thursday, April 23, 2015 at 10:00 A.M.

Plaintiff's counsel shall remain on phone standby at his phone number of record [(626) 799-9797] for one hour. The Court will contact counsel if the defendant appears in court.

**IT IS SO ORDERED**:

_____          Dated: April 16, 2015
**THE HONORABLE VINCE CHHABRIA**
United States District Judge
Northern District of California



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

Page 1