UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> IGNACIO BERMUDEZ, <br><br> Defendant. | 14-cv-03925-VC <br><br> **JUDGMENT** |

The Court, having granted the plaintiff's motion for default judgment, now enters judgment in favor of the plaintiff and against the defendant. The plaintiff is awarded $5,700 in damages. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
VINCE CHHABRIA
United States District Judge