UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

IGNACIO BERMUDEZ,

    Defendant.

Case No. 14-cv-03925-VC

**ORDER DENYING MOTION TO ALTER JUDGMENT**

Re: Doc. No. 32

The motion to alter or amend the judgment is denied. The motion is based on the fact that J & J's investigator attached a picture to her affidavit (or someone attached a picture to her affidavit). The picture is of two satellite dishes on the roof of a building. J & J argues that this picture constitutes proof that the defendant is liable under 42 U.S.C. § 605. However, the investigator does not mention the photograph in her affidavit, much less authenticate it or describe what it depicts. Under these circumstances, the Court cannot conclude that the picture justifies a finding of liability under Section 605. The award of discretionary damages under Section 553 was therefore appropriate, and there is no basis for altering the judgment. *See* Fed. R. Civ. P. 59(e); *Kona Enterprises, Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000) (Rule 59(e) is an "extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources" (citation omitted)).

**IT IS SO ORDERED.**

Dated: July 14, 2015

_____
VINCE CHHABRIA
United States District Judge